

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Ex parte DeCamren Deshon Sims,         * From the 385th District Court
of Midland County,
Trial Court No. CR48745.

No. 11-17-00083-CR                  * May 25, 2017

                                       * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered DeCamren Deshon Sims's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.